# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| R.D. OFFUTT FARMS CO., ) | Case No. 0:24-cv-01600-JMB-LIB |
| ) |  |
| Plaintiff, ) |  |
| ) |  |
| v. ) |  |
| ) |  |
| WHITE EARTH DIVISION OF ) |  |
| NATURAL RESOURCES, DUSTIN ) |  |
| ROY, in his official capacity as ) |  |
| Director of White Earth Division of ) |  |
| Natural Resources, and JOHN DOES, ) |  |
| in their official capacities as ) |  |
| Conservation Officers for the White ) |  |
| Earth Division of Natural Resources, ) |  |
| ) |  |
| Defendants. ) |  |
| ) |  |

**MEETING-AND-CONFER STATEMENT REGARDING MOTION FOR LEAVE TO PARTICIPATE AS AMICI CURIAE BY THE IRRIGATORS ASSOCIATION OF MINNESOTA, et al.**

4871-3648-0493.v1

I, Matthew C. Berger, representing the Irrigators Association of Minnesota, Minnesota Area II Potato Growers Council, Minnesota Association of Wheat Growers, Minnesota Corn Growers Association, Minnesota Farm Bureau Federation, Minnesota Milk Producers Association, Minnesota Pork Producers Association, Minnesota Soybean Growers Association, Minnesota State Cattlemen's Association, Minnesota Turkey Growers Association, and the Red River Valley Sugarbeet Growers Association (hereinafter collectively the "Agricultural Groups"), contacted counsel for the above-named Plaintiff and Defendants on October 8, 2024, to request their consent to the Agricultural Groups' request for leave to participate as *amici curiae*, which is being filed contemporaneously with this statement. Plaintiff has consented to the request, and Defendants take no position on the request.

Dated: October 8, 2024

Respectfully submitted,

/s/ Matthew C. Berger
Matthew C. Berger (#0387666)
mberger@gislason.com
GISLASON & HUNTER LLP
2700 South Broadway
P.O. Box 458
New Ulm, MN 56073-0458
Phone: (507) 354-3111
Fax: (507) 354-8447

**Attorneys for Proposed Amici Agricultural Groups**