**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| R.D. OFFUTT FARMS CO., | Case No. 0:24-cv-01600-JMB-LIB |
| Plaintiff, | |
| v. | |
| WHITE EARTH DIVISION OF NATURAL RESOURCES, DUSTIN ROY, in his official capacity as Director of White Earth Division of Natural Resources, and JOHN DOES, in their official capacities as Conservation Officers for the White Earth Division of Natural Resources, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO PARTICIPATE AS AMICI CURIAE BY THE IRRIGATORS ASSOCIATION OF MINNESOTA, et al.**

For good cause shown, the motion by Irrigators Association of Minnesota, Minnesota Area II Potato Growers Council, Minnesota Association of Wheat Growers, Minnesota Corn Growers Association, Minnesota Farm Bureau Federation, Minnesota Milk Producers Association, Minnesota Pork Producers Association, Minnesota Soybean Growers Association, Minnesota State Cattlemen's Association, Minnesota Turkey Growers Association, and the Red River Valley Sugarbeet Growers Association for Leave to Participate as Amicus Curiae (Dkt. No. 29) is GRANTED.  The foregoing amici are

4890-2105-6494.v1

hereby authorized to file the proposed brief that is attached to the motion that was previously filed (Dkt. No. 29).

SO ORDERED.

_____
U.S. District Court, District of Minnesota